# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| LINDA PRICE NJU | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:16-cv-518 |
| COMMISSIONER OF THE SOCIAL SECURITY | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Commissioner's Motion to Remand (Doc. #12) be GRANTED, in part, and DENIED in part; Commissioner's non-disability finding be reversed; matter be remanded to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for payment of benefits.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Sharon L. Ovington on a motion for Remand

Date: 10/27/17

CLERK OF COURT

/s/ Kaylin Atkinson
Signature of Clerk or Deputy Clerk